UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STEPHEN COLE-HATCHARD,
          Plaintiff,

v.

GEORGE HOEHMANN, as Supervisor for the Town of Clarkstown, New York, and in his individual capacity; FRANK BORELLI, as Councilman and Deputy Supervisor for the Town of Clarkstown, New York, and in his individual capacity; JOHN J. NOTO, as Councilman for the Town of Clarkstown, New York, and in his individual capacity; ADRIENNE D. CAREY, as Councilwoman for the Town of Clarkstown, New York, and in her individual capacity; TOWN OF CLARKSTOWN, NEW YORK; and TOWN BOARD OF THE TOWN OF CLARKSTOWN, NEW YORK,
          Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 5900 (VB)

      The Court conducted a status conference today, at which counsel for all parties appeared by telephone. Accordingly, it is HEREBY ORDERED:

      1.    By December 18, 2020, the parties shall file a joint letter indicating whether they have agreed to proceed by bench trial or jury trial, at which point the Court will issue a further appropriate pretrial scheduling order.

      2.    By March 31, 2021, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 3.A of the Court's Individual Practices.

Dated: December 9, 2020
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge