UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STEPHEN COLE-HATCHARD,
     Plaintiff,

v.

GEORGE HOEHMANN, as Supervisor for the
Town of Clarkstown, New York, and in his
individual capacity; FRANK BORELLI, as
Councilman and Deputy Supervisor for the Town
of Clarkstown, New York, and in his individual
capacity; JOHN J. NOTO, as Councilman for the
Town of Clarkstown, New York, and in his
individual capacity; ADRIENNE D. CAREY, as
Councilwoman for the Town of Clarkstown, New
York, and in her individual capacity; TOWN OF
CLARKSTOWN, NEW YORK; and TOWN
BOARD OF THE TOWN OF CLARKSTOWN,
NEW YORK,
     Defendants.
---------------------------------------------------------------x

**ORDER**

16 CV 5900 (VB)

    By letter-motion dated May 25, 2021, plaintiff requests the Court seal attachment #8 in docket number 208. (Doc. #209). Paragraph 3.B. of Judge Briccetti's Individual Practices requires motions or letter-motions for approval of sealed or redacted filings to explain the reasons for seeking to file that information under seal. In his letter-motion, plaintiff provides no reason why attachment #8 should be sealed. It is clear the relevant documents are judicial documents subject to a common law and First Amendment presumption in favor of public access, Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006), and the Court finds plaintiff has failed to show a sufficient basis to justify filing under seal attachment #8 in docket number 208.

Accordingly, plaintiff's motion to seal is DENIED WITHOUT PREJUDICE to refiling in accordance with Judge Briccetti's Individual Rules.

The Clerk is directed to terminate the letter-motion. (Doc. #209).

Dated: May 25, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge