UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STEPHEN COLE-HATCHARD,
         Plaintiff,

v.

GEORGE HOEHMANN, as Supervisor for the
Town of Clarkstown, New York, and in his
individual capacity; FRANK BORELLI, as
Councilman and Deputy Supervisor for the
Town of Clarkstown, New York, and in his
individual capacity; JOHN J. NOTO, as
Councilman for the Town of Clarkstown, New
York, and in his individual capacity;
ADRIENNE D. CAREY, as Councilwoman for
the Town of Clarkstown, New York, and in her
individual capacity; TOWN OF
CLARKSTOWN, NEW YORK; and TOWN
BOARD OF THE TOWN OF CLARKSTOWN,
NEW YORK,
         Defendants.
--------------------------------------------------------------x

**ORDER**

16 CV 5900 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/21

On June 2, 2021, the Court conducted a final pretrial conference, at which counsel for all parties appeared in person. For the reasons stated on the record at the conference, the parties' motions in limine are GRANTED IN PART and DENIED IN PART.

The Clerk is instructed to terminate the motions. (Docs. ##200, 204).

Dated: June 3, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge