UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
STEPHEN COLE-HATCHARD,

                              Plaintiff,

   -against-

GEORGE HOEHMANN, as Supervisor for the Town of Clarkstown, New York and in his individual capacity; FRANK BORELLI, as Councilman and Deputy Supervisor for the Town of Clarkstown, New York and in his individual capacity; STEPHANIE HAUSNER, as Councilwoman for the Town of Clarkstown, New York and in her individual capacity; JOHN J. NOTO, as Councilman for the Town of Clarkstown, New York and in his individual capacity; ADRIENNE D. CAREY, as Councilwoman for the Town of Clarkstown, New York and in her individual capacity; TOWN OF CLARKSTOWN, NEW YORK; and TOWN BOARD OF THE TOWN OF CLARKSTOWN, NEW YORK,

                              Defendants.
------------------------------------------------------------------- x

Docket No. 16 CV 5900 (VB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AND ORDER**

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1.    The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties.

-1-

255785638v.1

Dated: White Plains, New York
June 29, 2021

| JUNGE & MELE, LLP | WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| _____ <br> Armand P. Mele <br><br> 303 South Broadway, Suite 470 <br> Tarrytown, NY 10591 <br> (212) 269-0061 | _____ <br> John M. Flannery <br><br> 1133 Westchester Avenue <br> White Plains, NY 10604 <br> (914) 323-7000 |

Dated: June 29, 2021
      White Plains, NY

SO ORDERED:

_____
United States District Judge

255785638v.1